United States Court of Appeals
Fifth Circuit

**F I L E D**

June 21, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-60285
Summary Calendar

JUSTINE MPUYU MINENGU,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A79 512 757

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:[*]

Justine Mpuyu Minengu petitions this court to review the decision of the Board of Immigration Appeals (BIA) not to reopen its proceedings denying her application for asylum, withholding of removal, and relief under the Convention Against Torture (CAT). This court is without jurisdiction to review the BIA's denial of Minengu's motion to reopen the proceedings because she has not filed in this court a petition for review of that BIA decision.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Stone v. INS, 514 U.S. 386, 394 (1995); Karimian-Kaklaki v. INS, 997 F.2d 108, 111 (5th Cir. 1993); 8 U.S.C. § 1252(a)(1), (b)(1).

To the extent that petitioner's notice of appeal was timely as to her appeal from the BIA's denial of her asylum and withholding of removal petitions on March 11, 2004, she has failed sufficiently to brief those issues and has thus abandoned them. FED. R. APP. P. 28(a)(9)(A); see Calderon-Ontiveros v. INS, 809 F.2d 1050, 1052 (5th Cir. 1986).

Minengu's petition for review is **DENIED**; the respondent's motion to summarily affirm is **GRANTED**; and respondent's other motions are **DENIED** as unnecessary.